DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICK ROMEUS,**
Appellant,

v.

**SANDRA ROMEUS,**
Appellee.

No. 4D20-2409

[July 1, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case
No. FMCE 19-012177 (44)(93).

Kimberly H. Schultz of Kimberly H. Schultz, P.A., Plantation, for
appellant.

Natalie Suzanne Kay of Kelley Kronenberg, Fort Lauderdale, for
appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***